No. 86–6263.   PETTY v. UNITED STATES.   C. A. 8th Cir. Certiorari granted limited to Question i presented by the petition,

judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief filed April 13, 1987. In all other respects the petition for writ of certiorari is denied.